# United States Court of Appeals
## For the First Circuit

No. 23-1867

NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,

Plaintiff, Appellant,

v.

JANET L. YELLEN, in her official capacity as Secretary of Treasury, and JOSEPH R. BIDEN, in his official capacity as President of the United States,

Defendants, Appellees.

**JUDGMENT**
Entered: November 1, 2024

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Shannon Erika Liss-Riordan, Patrick V. Dahlstrom, Thomas H. Geoghegan, Matthew Carrieri, Donald Campbell Lockhart, Rayford A. Farquhar, Gerard J. Sinzdak, Urja Mittal, Chris Bush, John Paul Durbin, Fernando Fontanez