# United States Court of Appeals
## For the First Circuit

No. 23-1867

NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,

Plaintiff - Appellant,

v.

JANET LOUISE YELLEN, in her official capacity as Secretary of Treasury; JOSEPH ROBINETTE BIDEN, JR., in his official capacity as President of the United States,

Defendants - Appellees.

Before

Barron, <u>Chief Judge</u>,
Lipez, Howard, Gelpí, Montecalvo,
Rikelman, and Aframe, <u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: December 20, 2024

    Plaintiff-appellant National Association of Government Employees, Inc. has filed a petition for panel rehearing and rehearing en banc. The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Shannon Erika Liss-Riordan, Patrick V. Dahlstrom, Thomas H. Geoghegan, Matthew Carrieri, Donald Campbell Lockhart, Rayford A. Farquhar, Gerard J. Sinzdak, Urja Mittal, Chris Bush, John Paul Durbin, Fernando Fontanez